AO 240A (1/94)

4

# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
JUN 0 9 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

RENE REYNA, JR.
TDCJ #858289

    Plaintiff

V.

CITY OF BROWNSVILLE POLICE DEPARTMENT
AND RAFAEL MOLINA

    Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

B-01-64

CASE NUMBER: MISC B-00-17

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☑ The clerk is directed to file the complaint. **and issue summons.**

RECEIVED
00 JUN 12 PM 4:38
BROWNSVILLE, TX.

☐ DENIED, for the following reasons:

_____

_____

ENTER this ____9____ day of ____June, 2000____.

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
    Deputy Clerk

Signature of Judicial Officer
**JOHN WM. BLACK**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer