B-01-64
MISC-00-17 S

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE 6-13-00

NAME OF SERVER (PRINT) Mary Bottomly

TITLE DUSM

United States District Court
Southern District of Texas
FILED
JUN 21 2000
Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: John C. Puckett
at Brownsville Police Dept. Officer

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $40.00 | TOTAL $40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-13-00
Date

Signature of Server: M. Bottomly

Address of Server: 600 E. Harrison #1052
Brownsville TX 78520

United States District Court
Southern District of Texas
RECEIVED
JUN 21 2000
Michael N. Milby, Clerk of Court

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure