MISC B-00-17   6

# RETURN OF SERVICE (1)   B-01-64

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 11/2/2000 | PLACE USMS Brownsville TX |
| SERVED | DATE 11/2/2000 | PLACE City Hall, Brownsville TX |

**SERVED ON (NAME)**
Lenny Lambert
City Manager (Brownsville)

**FEES AND MILEAGE TENDERED TO WITNESS (2)**
☐ YES ☒ NO   AMOUNT $ 0

**SERVED BY**
Eduardo E. Garcia

**TITLE**
Deputy U.S. Marshal

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $1.95 | $45.00 | $46.95 |

## DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/2/2000
                  Date

Signature of Server: Eduardo E. Garcia

600 E. Harrison
Brownsville TX 78521
Address of Server

**ADDITIONAL INFORMATION**

Served @ 11:02 A.M
6 miles. Rt. @ 32 1/2 ¢ a mile.

United States District Court
Southern District of Texas
FILED

NOV 03 2000

Michael N. Milby
Clerk of Court

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2) Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure, Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)."