IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk O. N. Aedape

| | | |
|---|---|---|
| RENE REYNA JR., | § | |
| Plaintiff, | § | |
| | § | MISC |
| | § | ~~CIVIL~~ ACTION NO. B-00-17 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | CIVIL B-01-64 |
| DEPARTMENT AND RAFAEL | § | |
| MOLINA, | § | |
| Defendants | | |

## ORDER SETTING HEARING

On this the 29TH day of NOVEMBER 2000, came on to be considered Defendants' Rule 12(b)(6) Motion for Partial Dismissal. After considering same, the Court is of the opinion that a hearing should be held. IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Rule 12(b)(6) Motion for Partial Dismissal be and is hereby set for hearing on the 4TH day of JANUARY, 2001 at 1:30 P.m. o'clock in this Honorable Court.

SIGNED FOR ENTRY on this the 29TH day of NOVEMBER, 2000.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE