*10*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court
Southern District of Texas
FILED**

**DEC 0 5 2000**

**Michael N. Milby
Clerk of Court**

| | |
|---|---|
| RENE REYNA, JR. § | |
| Plaintiff, § | |
| § | |
| § | |
| § | MISC B-00-17 |
| VS. § | (JURY REQUESTED) |
| § | |
| CITY OF BROWNSVILLE POLICE § | B-01-64 |
| DEPARTMENT AND RAFAEL § | |
| MOLINA, § | |
| Defendants. § | |

**DEFENDANTS' NOTICE TO THE COURT OF THEIR SUBMISSION OF THEIR
INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL
RULE OF CIVIL PROCEDURE 26(a)**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COME Defendants, the City of Brownsville Police Department and Rafael Molina, and file this their Notice to the Court of their submission of their Initial Disclosure to Plaintiff Under Federal Rule of Civil Procedure 26(a).

**I.**

Defendants hereby give notice to the Court that they have submitted their Initial Disclosure under Federal Rule of Civil Procedure 26(a).



1

Signed on December _____, 2000.

                Respectfully submitted,

                WILLETTE & GUERRA, L.L.P.
                International Plaza, Ste. 460
                3505 Boca Chica Blvd.
                Brownsville, Texas 78521
                Telephone: (956) 541-1846
                Facsimile: (956) 541-1893

                By: *[signature]*
                George Kraehe
                State Bar No. 00792631
                USDC Adm. No. 19355

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **Defendants' Notice to The Court of Their Submission of Their Initial Disclosure to Plaintiff Under Federal Rule of Civil Procedure 26(a)**, on December 5th, 2000 has been served via certified mail, return receipt requested to:

Mr. Rene Reyna, Jr., Pro Se
12120 Savage Dr. E-1-20
Midway, TX. 75852

                *[signature]*
                George Kraehe