IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 5 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RENE REYNA JR. | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. MISC B-00-17 |
| | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | B-01-64 |
| DEPARTMENT AND POLICE OFFICER | § | |
| RAFAEL MOLINA | § | |

//

## DEFENDANTS CITY OF BROWNSVILLE POLICE DEPARTMENT AND RAFAEL MOLINA'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendants' counsel certifies that the only persons, associations, etc., that are known to these Defendants to be financially interested in the outcome of this litigation are:

1. Plaintiff Rene Reyna Jr.

2. Defendant City of Brownsville Police Department

3. Officer Rafael Molina

4. The City of Brownsville.



Signed on December 5th, 2000.

                     Respectfully submitted,

                     WILLETTE & GUERRA, L.L.P.
                     International Plaza, Ste. 460
                     3505 Boca Chica Blvd.
                     BROWNSVILLE, Texas 78521
                     Telephone: (956) 541-1846
                     Facsimile: (956) 541-1893

By: _____
     George Kraehe
     State Bar No. 00792631
     USDC Adm. No. 19355

                     ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **Defendants City of Brownsville Police Department and Rafael Molina's Disclosure of Interested Parties**, on December 5th, 2000, has been served via certified mail, return receipt requested to:

Rene Reyna, Jr., Pro Se
12120 Savage Dr. E-1-20
Midway, TX. 75852

_____
George Kraehe

ClibPDF - www.fastio.com