IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRIT OF TEXAS.
BROWNSVILLE DIVISION.

Rene Reyna Jr.
   Plaintiff,

VS.

City of Brownsville Police
Department And Rafael Molina
   Defendants

CA B-01-64

Misc B-00-17
(Jury Requested)

United States Courts
Southern District of Texas
FILED
DEC 1 9 2000
Michael N. Milby, Clerk

---

"Motion to amend original Complaint"
(Formal 1983 form)

---

Now comes Plaintiff, Rene Reyna Jr before the honorable Court Asking the Court to allow amendment of original complaint. Plaintiff would show the following for grounds of Amendment.

I.

Plaintiff would show officer Rafael Molina of Brownsville Police department steped outsid normal Procedure when he gave <u>No warning</u> and seen no weapon, yet fired upon Plaintiff with malicious intent of causing death, at wich time he became an advent of personal intent to cause Bodily harm or death of Plaintiff outside the rules and Practices of the Branch of Inforcement He works for.

II
<u>Support of Claim</u>

Plaintiff Shows in Support of Claim Conley V. Gibson 355 U.S. 45-46 (1957) And Sheuer V. Rhodes 416 U.S. 232-236 (1973) and by stepping outside normal Practice and Procedure officer Molina became a "Person" (with personal Intent) instead of a division of the city of Brownsville Police Department.

<u>Prayer</u>

Plaintiff would pray the court add this Amendment to original Complaint. And further the Court award any and all damages due to Plaintiff Rene Reyna Jr.

Respectfully,

_____
Plaintiff

## Certificate of Service

I here by Certify that a true and correct copy of the above and foregoing& "Motion to Amend Original Complaint" on December __15__, 2000 Has been served Via Certified Mail, return receipt requested to:

_____
Rene Reyna Jr

Willette & Guerra L.L.P
International Plaza Ste 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893
Att. Geoge Kraehe
State Bar No. 00792631
USDC Adm. No 19355