*13*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RENE REYNA JR. | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. MISC B-00-17 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | $C \; A \; B\text{-}01\text{-}64$ |
| DEPARTMENT AND POLICE OFFICER | § | |
| RAFAEL MOLINA | § | |

---

**JOINT REPORT ON MEETING REQUIRED BY RULE 26(F)
AND JOINT DISCOVERY/CASE MANAGEMENT PLAN**

---

1. State when and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   Plaintiff is incarcerated at the Jim Ferguson Unit of the Texas Department of Criminal Justice, Institutional Division. Consequently, the meeting was conducted by correspondence *Not agreeable to Plaintiff*.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

   None.

3. Briefly describe what this case is about.

   Plaintiff brings this claim under 42 U.S.C. § 1983 claiming that the City of Brownsville Police Department and Rafael Molina used excessive force in securing his arrest in violation of his constitutional rights. Defendants deny the use of excessive force. *Not true – against Rafael Molina "of" H+ Brownsville Poli*

4. Specify the allegation of federal jurisdiction.

   Jurisdiction and venue are proper in this Court under 28 U.S.C. §§ 1331 and 1334. *agree.*

5. Name the parties who disagree and the reasons.

   None.

ClibPDF - www.fastio.com

6.  List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

None. *Several Witnesses I anticipate upon discovery.*

7.  List anticipated interventions.

None.

8.  Describe class-action issues.

None.

9.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

Defendants have made the initial disclosures required by Rule 26(a); Plaintiff has not. Plaintiff has agreed to make its initial disclosures within thirty (30) days. *by phone is*
*I have agreed to meeting / meeting by phone is obtained — Defendants do not wish to meet.*

10. Describe the proposed agreed discovery plan, including:

A)  Responses to all the matters raised in Rule 26(f).

Responses to all matters raised in Rule 26(f) will be addressed by January 15, 2000. *Not agreeable.*

B)  When and to whom the plaintiff anticipates it may send interrogatories.

Plaintiff anticipates sending interrogatories, requests for production, and requests for admissions to Defendants by January 31, 2001. *Not agreeable*

C)  When and to whom the defendant anticipates it may send interrogatories.

Defendants anticipate sending interrogatories, requests for production, and requests for admission to Plaintiff by February 31, 2001. *Not agreeable*

D)  Of whom and by when the plaintiff anticipates taking oral depositions.

Plaintiff does not anticipate taking any oral depositions in this matter. *Not agreeable*

E)  Of whom and by when the defendant anticipates taking oral depositions.

Defendants anticipate taking the oral depositions of Plaintiff and any other of Plaintiff's witnesses by April 30, 2001. *Not agreeable*

ClibPDF - www.fastio.com

F)   When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

April 30, 2001 and May 30, 2001 respectively.   *Not agreeable*

G)   List expert depositions that plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Plaintiff does not anticipate taking any expert depositions   *Not agreeable*

H)   List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Defendant does not at this time anticipate taking any expert depositions.   *Not agreeable*

11.   If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

None.   *I do not agree with meeting methods of The Defendants nor the Suppresing of Evidence*

12.   Specify the discovery beyond initial disclosures that has been undertaken to date.

None.   *Plaintiff plans to file motion for discov.*

13.   State the date the planned discovery can reasonably be completed.

We anticipate that planned discovery can reasonably be completed by May 1, 2001.   *Not agreed.*

14.   Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

None at this time.   *agree.*

15.   Describe what each party has done or agreed to do to bring about a prompt resolution.

Each party is investigating the facts of this case with any eye to prompt resolution of this matter.   *agree*

16.   From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

Mediation may be considered at a later date.   *agree*

-3-

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

The parties do not agree to consent to trial before a magistrate at this time. *agree*

18. State whether a jury demand has been made and if it was made on time.

A jury demand was made on time. *agree*

19. Specify the number of hours it will take to present the evidence in this case.

We anticipate it will take forty-eight (48) hours to present the evidence in this case. *unsure*

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

None at this time.

21. List other motions pending.

None at this time.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

None. *Plaintiff plans to file Discovery -*

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

Defendants City of Brownsville Police Department and Rafael Molina filed their Disclosure of Interested Parties on December 5, 2000.

Plaintiff has not filed his Disclosure of Interested Parties as of December 5, 2000.

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

-4-

Signed on December 5 , 2000.

| | |
|---|---|
| Rene Reyna Jr. | LAW OFFICES OF |
| TDCJ ID #858289 | WILLETTE & GUERRA, L.L.P. |
| Jim Ferguson Unit | International Plaza, Suite 460 |
| 12120 Savage Dr. E-1-20 | 3505 Boca Chica Blvd. |
| Midway, Texas 75852 | Brownsville, Texas 78520 |
| | (956) 541-1846 Phone |
| | (956) 541-1893 Fax |

Rene Reyna Jr.

*not agreeable

PLAINTIFF, PRO SE

George C. Kraehe
Federal Id. No. 19355
State Bar No. 00792631
ATTORNEYS FOR DEFENDANTS

ClibPDF - www.fastio.com