*15*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RENE REYNA, JR., § | |
| Plaintiff § | |
| § | MISC |
| § | ~~CIVIL~~ ACTION NO. B-00-17 |
| VS. § | (JURY REQUESTED) |
| § | Civil # B-01-64 |
| CITY OF BROWNSVILLE POLICE § | |
| DEPARTMENT AND RAFAEL § | |
| MOLINA, § | |
| Defendants. § | |

## MOTION FOR LEAVE TO APPEAR

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the City of Brownsville Police Department and Rafael Molina, Defendants in the above entitled cause of action, respectfully requesting this Court to allow Alexia Rodriguez to appear at the hearing before this Honorable Court for Defendants in place of George C. Kraehe, attorney for Defendants, and as grounds therefore would show the following:

I.

Alexia Rodriguez is an associate of the law firm of Willette & Guerra, L.L.P.

II.

George C. Kraehe will be unable to attend the hearing scheduled for January 4, 2001. Defendants request permission for Ms. Alexia Rodriguez to appear as co-counsel. Ms. Rodriguez is familiar with the facts of this case and is fully authorized to act in this matter. Mr.

Kraehe will also continue to represent Defendants.

For these reasons, Defendants respectfully request that this Court enter an Order allowing Ms. Alexia Rodriguez to appear as co-counsel along with Mr. George C. Kraehe for all purposes in this case.

Signed on January 4, 2001.

          WILLETTE & GUERRA, L.L.P.
          International Plaza, Ste. 460
          3505 Boca Chica Blvd.
          Brownsville, Texas 78521
          Telephone: (956) 541-1846
          Facsimile: (956) 541-1893

By: _____
     George C. Kraehe
     State Bar No. 00792631
     USDC Adm. No. 19355

By: _____
     Alexia Rodriguez
     State Bar No. 24026659
     USDC Adm. No. 26774
     Attorneys for Defendants

-3-

## CERTIFICATE OF CONFERENCE

Undersigned could not confer with Plaintiff, because Plaintiff is in prison. Undersigned assumes Plaintiff will oppose this motion.

_____
George C. Kraehe

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2001, a true and correct copy of the above and foregoing Motion for Leave to Appear, has been forwarded via hand delivery, on all counsel of record as hereinbelow noted:

Mr. Rene Reyna, Jr. # 858289
12120 Savage Drive E-1-20
Midway, Texas 75852

_____
George C. Kraehe