16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 2 2001

Michael N. Milby
Clerk of Court

CAB-01-64

| | | |
|---|---|---|
| **RENE REYNA, JR.,** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | MISC ACTION NO. B-0017 |
| | § | |
| **CITY OF BROWNSVILLE POLICE** | § | |
| **DEPARTMENT and RAFAEL** | § | |
| **MOLINA,** | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES GEORGE P. POWELL of the law firm of HINOJOSA & POWELL, P.C., and makes this his appearance as attorney for the Plaintiff, RENE REYNA, JR. and would respectfully show unto the Court the following:

I.

Plaintiff, RENE REYNA, JR. has employed GEORGE P. POWELL of the law firm of HINOJOSA & POWELL, P.C. to represent him in the above entitled and numbered cause.

WHEREFORE, PREMISES CONSIDERED, GEORGE P. POWELL enters his appearance as counsel for Plaintiff, RENE REYNA, JR., and moves that copies of all future correspondence, notices, etc. be directed to this firm.

Respectfully submitted,

HINOJOSA & POWELL, P.C.
Attorneys at Law
612 Nolana, Suite 410
McAllen, TX 78504
(956) 686-2413
(956) 686-8462

BY: _____
GEORGE P. POWELL
Attorney at Law
State Bar No. 16196000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been mailed, certified mail, return receipt requested, and/or telecopied to the opposing counsel of record on this 28th day of March 2001.

GEORGE C. KRAEHE
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd.
Brownsville, TX 78521

_____
GEORGE P. POWELL