17

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

APR 1 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RENE REYNA, JR. § | CAB-01-64 |
| VS. § | MISCELLANEOUS NO. B-00-017 |
| § | |
| CITY OF BROWNSVILLE POLICE § | |
| DEPARTMENT AND RAFAEL MOLINA § | |

TYPE OF CASE:    __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                         ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                DATE AND TIME:

**APRIL 26, 2001 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 10, 2001

TO:   MR. GEORGE P. POWELL
      MR. GEORGE KRAEHE