/8

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

APR 2 6 2001

Michael N. Milby
Clerk of Court

B-01-64

CIVIL ACTION NO. __MISC. B-00-017__    DATE & TIME: ___04-26-01 AT 2:00 P.M.___

RENE REYNA, JR.                         PLAINTIFF(S) ____GEORGE P. POWELL____
                                        COUNSEL

VS.

CITY OF BROWNSVILLE POLICE              DEFENDANT(S) ____GEORGE KRAEHE____
DEPARTMENT, ET AL.                      COUNSEL

-------------------------------------------------------------------------------

CSO: Richard Harrellson
ERO: Gabriel Mendieta

   Attorneys George Powell and George Kraehe appeared.

   A Joint Pretrial Order will be filed. Attorneys will file a scheduling order setting a September, 2001 trial date.