*19*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

APR 2 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **RENE REYNA, JR.,** | § | |
| **Plaintiff,** | § | |
| | § | *C A B-01-64* |
| **vs.** | § | ~~MISC ACTION NO. B-0017~~ |
| | § | |
| **CITY OF BROWNSVILLE POLICE** | § | |
| **DEPARTMENT and RAFAEL** | § | |
| **MOLINA,** | § | |
| **Defendants.** | § | |

## MOTION TO AMEND COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES RENE REYNA, JR. and makes this his motion to amend the benefit

of legal representation; to-wit, a lawyer.  The complaint needs to be amended to comply with

the rules as well as to add certain issues that may have been left out by the Plaintiff, filing

Pro Se.

This motion is unopposed.

THEREFORE Plaintiff prays that the Court allow the Plaintiff to amend his original

complaint.

ClibPDF - www.fastio.com

Respectfully submitted,

HINOJOSA & POWELL, P.C.
Attorneys at Law
612 Nolana, Suite 410
McAllen, TX 78504
(956) 686-2413
(956) 686-8462

BY: _____
GEORGE P. POWELL
Attorney at Law
State Bar No. 16196000


## CERTIFICATE OF CONFERENCE

I discussed this with George Kraehe on the 23rd day of April, 2001 and he does not oppose it.

_____
GEORGE P. POWELL


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been mailed, certified mail, return receipt requested, and/or telecopied to the opposing counsel of record on this 23rd day of April 2001.

GEORGE C. KRAEHE
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd.
Brownsville, TX 78521

_____
GEORGE P. POWELL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **RENE REYNA, JR.,**<br>     **Plaintiff,** | § <br> § <br> § | |
| **vs.** | § | **MISC ACTION NO. B-0017** |
| | § | |
| **CITY OF BROWNSVILLE POLICE**<br>**DEPARTMENT and RAFAEL**<br>**MOLINA,**<br>     **Defendants.** | § <br> § <br> § <br> § | |

## O R D E R

Plaintiff's motion to amend his complaint is granted.

Signed on the _____ day of _____, 2001.

_____
                    JUDGE PRESIDING