20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 26 2001
Michael N. Milby
Clerk of Court

| | |
|---|---|
| RENE REYNA, JR., § | |
| Plaintiff, § | |
| § | CA B-01-64 |
| vs. § | ~~MISC ACTION NO. B-0017~~ |
| § | |
| CITY OF BROWNSVILLE § | |
| and RAFAEL MOLINA, § | |
| Defendants. § | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

### PRELIMINARY STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

This is an action brought pursuant to the 4th, 5th, and 14th Amendments to the United States Constitution. The case is brought pursuant to 42 U.S.C. §1983. Plaintiff alleges that he was deprived of his constitutional rights by the Defendants. It is a case alleging police brutality.

### JURISDICTION

1.  This court has jurisdiction pursuant to 28 U.S.C. 1330; 1343.

### PARTIES

2.  The Plaintiff is a resident of Cameron County, Texas. The Defendant Rafael Molina is a police officer in the employment of the City of Brownsville. The City of Brownsville is a municipal corporation in the State of Texas.

## FACTS

3.  The incident complained of took place on or about June 23, 1998 in Brownsville, Texas. At the time, the Plaintiff was twenty-one (21) years old. The Plaintiff and friends had taken a vehicle from a used car lot and without the authorization of the owner, were driving the vehicle. They were chased by the Brownsville Police. The Plaintiff as well as the others in the vehicle were unarmed. After they stopped the vehicle the Plaintiff came out of the vehicle with his hands in the air. Without warning or justification, the Defendant Rafael Molina, a police officer with the Brownsville Police Department shot the Plaintiff three (3) times. He shot him once in the arm, once in the abdomen and once in the thigh. The shot to the stomach blew out his intestines and the shot to his leg shattered his thigh bone. After he was shot, the Defendant Rafael Molina put his knee on his back and handcuffed him behind his back. He was left on the ground until the ambulance arrived and after excessive blood loss, the Plaintiff lost consciousness. He awoke in the hospital where he remained for approximately thirty (30) days. He still has a bullet lodged in his leg which has not been removed because it is too close to an artery.

4.  The Plaintiff suffers permanent internal injuries and permanent damage to his leg from the bullet wounds.

## CAUSES OF ACTION

5.  Plaintiff has a cause of action pursuant to the 4th and 14th Amendments to the United States Constitution, brought pursuant to 42 U.S.C. §1983. He was subjected to force greatly in excess of that which was necessary to arrest in that the Defendant Molina, shot him three

(3) as he was giving up, with his hands in the air and was unarmed.

6. Defendant City of Brownsville is liable for its having failed to properly train the Defendant Molina in the proper use of force. This is not the first case in which officers with the City of Brownsville have used improper force in the arrest and detention of prisoners or suspects and in fact a pattern seems to have developed that can only be explained by inadequate training.

## DAMAGES

7. The Plaintiff spent about one (1) month in the hospital. He has sizable medical bills that are a direct result of being shot by Officer Molina.

8. The Plaintiff underwent and continues with considerable physical pain and suffering as the result of being shot three (3) times.

9. The Plaintiff has suffered from considerable mental anguish as a result of being ruthlessly shot by the Defendant Molina.

10. The Plaintiff suffers from continued impairment and disability as a result of being shot by the Defendant Molina. As a result of the aforementioned injuries, the Plaintiff is entitled to monetary damages.

11. The Plaintiff is entitled to compensation for the intentional deprivation of his constitutional and civil rights.

12. The Plaintiff is entitled to reasonable attorney's fees pursuant to 42 U.S.C. §1998.

WHEREFORE Plaintiff prays as follows:

1. Plaintiff prays that the Defendants be found liable and ordered to pay Plaintiff

monetary damages;

2. Plaintiff prays for attorney's fees;

3. Plaintiff prays for pre and post judgment interest;

4. Plaintiff prays for cost of court; and

5. Plaintiff prays for all other relief to which the Court may find him entitled.

Respectfully submitted,

HINOJOSA & POWELL, P.C.
Attorneys at Law
612 Nolana, Suite 410
McAllen, TX 78504
(956) 686-2413
(956) 686-8462

BY: _____
GEORGE P. POWELL
Attorney at Law
State Bar No. 16196000

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been mailed, certified mail, return receipt requested, and/or telecopied to the opposing counsel of record on this 26th day of April 2001.

GEORGE C. KRAEHE
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd.
Brownsville, TX 78521

_____
GEORGE P. POWELL