21

United States District Court
Southern District of Texas
FILED

MAY 0 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RENE REYNA JR., | § | |
| Plaintiff, | § | |
| | § | B-01-64 |
| | § | |
| | § | CIVIL ACTION NO. B-00-17 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | |
| DEPARTMENT AND RAFAEL MOLINA, | § | |
| Defendants. | § | |

## DEFENDANTS' ORIGINAL ANSWER
## TO PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW the City of Brownsville and Rafael Molina, Defendants herein, and file this their Original Answer to Plaintiff's First Amended Complaint and would respectfully show unto the Court the following:

### I.

### ORIGINAL ANSWER

1. Defendants deny each and all of Plaintiff's allegations except to the extent expressly admitted herein.

2. Defendants agree with and admit to the allegations set forth at Paragraph 1 of Plaintiff's First Amended Complaint.

3. Defendants deny the allegation made in the first sentence of Paragraph 2 of Plaintiff's

1

First Amended Complaint. Defendants agree with and admit to the remaining allegations set forth at Paragraph 2 of Plaintiff's First Amended Complaint.

4. Defendants agree with and admit to the allegations set forth at Paragraph 3 of Plaintiff's First Amended Complaint to the extent, and only to the extent, that it is alleged that the incident made the basis of this lawsuit took place on or about June 23, 1998, in Brownsville, Texas, that Plaintiff had stolen a vehicle, that Plaintiff was pursued by Brownsville police officers, that Plaintiff was shot, that Plaintiff was arrested, that Plaintiff was taken to a hospital, and that Plaintiff received medical treatment for his injuries. Defendants deny the remainder of the allegations set forth at Paragraph 3 of Plaintiff's First Amended Complaint.

5. After a good faith inquiry into the facts, Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments made in Paragraph 4 of Plaintiff's First Amended Complaint.

6. Defendants deny the allegations set forth at paragraphs 5 through 12 of Plaintiff's First Amended Complaint, that any causes of action alleged have any merit, or that Plaintiff is entitled to any relief whatsoever.

## II.

## AFFIRMATIVE DEFENSES

7. Plaintiff is not entitled to attorney's fees because Plaintiff is not a prevailing party.

8. Defendant City of Brownsville would show that punitive damages are not available against it under 42 U.S.C. § 1983.

9. Defendant Rafael Molina, to the extent he is sued in his individual capacity, would further assert his right to and would show that he may not be sued and is not liable because he is entitled to

2

immunity, including absolute and/or qualified and/or official and/or judicial and or legislative and/or "quasi-judicial" immunity, from suit, liability, and all damages.

10. In the alternative, Defendants would further assert that any loss or damages allegedly sustained by Plaintiff at the time, place, and occasion mentioned in Plaintiff's First Amended Complaint were caused, in whole or in part, or were contributed to, by the negligence, want of care, or intentional conduct of Plaintiff, and not by any negligence or fault or want of care on the part of these Defendants, and Defendants would therefore invoke the doctrine of comparative responsibility.

11. In the alternative, Defendants would show that Plaintiff's suit was not brought within the limitations period authorized under Texas Civil Practice and Remedies Code section 16.003.

## III.
## RESERVATIONS

12. Without waiving the foregoing denials and affirmative defenses, but still insisting upon the same for further answer if any need be necessary, and as separate defenses, Defendants reserve the right to file any and all cross-actions, third-party actions, counter-claims, motions, and discovery as they may deem proper. Defendants hereby request trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendants, the City of Brownsville and Rafael Molina, pray that upon final trial and hearing hereof, Plaintiff take nothing by his suit, that Defendants recover all costs incurred herein, and that Defendants have such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Signed on May 1, 2001.

3

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
George C. Kraehe
State Bar No. 00792631
USDC Adm. No. 19355

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, hereby certify that on May 1, 2001, a true and correct copy of the above and foregoing has been served on all counsel of record via Certified Mail, Return Receipt Requested as hereinbelow noted:

Mr. George P. Powell
Attorney at Law
Hinojosa & Powell, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

_____
George C. Kraehe