IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 7 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RENE REYNA JR. § | |
|    Plaintiff, § | |
| § | B-01-64 |
| § | CIVIL ACTION NO. ~~MISC B-00~~-17 |
| VS. § | (JURY REQUESTED) |
| § | |
| CITY OF BROWNSVILLE POLICE § | |
| DEPARTMENT AND POLICE OFFICER § | |
| RAFAEL MOLINA § | |

**JOINT REPORT ON MEETING REQUIRED BY RULE 26(F)
AND JOINT DISCOVERY/CASE MANAGEMENT PLAN**

1. State when and where the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   The parties, through counsel, met on April 26, 2001, at the Federal Courthouse in Brownsville, Texas. George P. Powell attended on behalf of Plaintiff; George C. Kraehe, on behalf of Defendants.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

   None.

3. Briefly describe what this case is about.

   Plaintiff brings this claim under 42 U.S.C. § 1983 claiming that the City of Brownsville Police Department and Rafael Molina used excessive force in securing his arrest in violation of his constitutional rights. Defendants deny the use of excessive force.

4. Specify the allegation of federal jurisdiction.

   Jurisdiction and venue are proper in this Court under 28 U.S.C. §§ 1331 and 1334.

5. Name the parties who disagree and the reasons.

           Plaintiff's witnesses by September 15, 2001.

F)    When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

           July 1, 2001 and August 1, 2001 respectively.

G)    List expert depositions that plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

           Plaintiff anticipates taking oral depositions of any experts Defendants designate by August 15, 2001.

H)    List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

           Defendant anticipates taking depositions of any experts Plaintiff designates by September 15, 2001.

11.    If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

      None.

12.    Specify the discovery beyond initial disclosures that has been undertaken to date.

      Written discovery.

13.    State the date the planned discovery can reasonably be completed.

      We anticipate that planned discovery can reasonably be completed by October 1, 2001.

14.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

      None at this time.

15.    Describe what each party has done or agreed to do to bring about a prompt resolution.

      Each party is investigating the facts of this case with any eye to prompt resolution of this matter.

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

    Mediation may be considered at a later date.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    The parties do not agree to consent to trial before a magistrate at this time.

18. State whether a jury demand has been made and if it was made on time.

    A jury demand was made on time.

19. Specify the number of hours it will take to present the evidence in this case.

    We anticipate it will take forty-eight (48) hours to present the evidence in this case.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    None at this time.

21. List other motions pending.

    None at this time.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    None.

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

    Defendants City of Brownsville Police Department and Rafael Molina filed their Disclosure of Interested Parties on December 5, 2000.

    Plaintiff has not filed his Disclosure of Interested Parties as of December 5, 2000.

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

Signed on May ____, 2001.

| | |
|---|---|
| HINOJOSA & POWELL, P.C. | LAW OFFICES OF |
| Attorney at Law | WILLETTE & GUERRA, L.L.P. |
| 612 Nolana, Suite 410 | International Plaza, Suite 460 |
| McAllen, Texas 78504 | 3505 Boca Chica Blvd. |
| (956) 686-2413 Phone | Brownsville, Texas 78520 |
| (956) 686-8462 Fax | (956) 541-1846 Phone |
| | (956) 541-1893 Fax |

_____
George P. Powell
Federal Id. No. 3849
State Bar No. 16196000
ATTORNEY FOR PLAINTIFF

_____
George C. Kraehe
Federal Id. No. 19355
State Bar No. 00792631
ATTORNEYS FOR DEFENDANTS