23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RENE REYNA, JR., § | |
| Plaintiff, § | |
| § | CAB-01-64 |
| vs. § | MISC ACTION NO. B-0017 |
| § | |
| CITY OF BROWNSVILLE POLICE § | |
| DEPARTMENT and RAFAEL § | |
| MOLINA, § | |
| Defendants. § | |

**ORDER**
(DOCKET NO 12 AND DO 19)

Plaintiff's motion to amend his complaint is granted.

Signed on the 15 day of JUNE, 2001.

_____
JUDGE PRESIDING