24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clark

| | |
|---|---|
| RENE REYNA JR., § | |
| Plaintiff, § | |
| § | |
| § | B-01-64 |
| § | CIVIL ACTION NO. B-00-17 |
| VS. § | (JURY REQUESTED) |
| § | |
| CITY OF BROWNSVILLE POLICE § | |
| DEPARTMENT AND RAFAEL § | |
| MOLINA, § | |
| Defendants. § | |

# ORDER

On this the __15__ day of __June__, 2001, came on for consideration Defendants' Motion for Leave to Appear (DOCKET NO (4)) and it appearing to the Court that said Motion is well taken it is, therefore,

ORDERED that Alexia Rodriguez of the law firm of Willette & Guerra, L.L.P. be allowed in place of George C. Kraehe, attorney in charge, for Defendants, also of the law firm of Willette & Guerra, L.L.P. in any matter in this case.

Signed for entry on this __15__ day of __June__, 2001.

U.S. MAGISTRATE JUDGE