25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**OCT 0 5 2001**

Michael N. Milby
Clerk of Court

RENE REYNA JR.        §
     Plaintiff,            §
                     §
                     §
                     §
VS.                      §
                     §
CITY OF BROWNSVILLE POLICE   §
DEPARTMENT AND POLICE OFFICER   §
RAFAEL MOLINA          §

CIVIL ACTION NO. ~~MISC B-00-17~~
(JURY REQUESTED) B-01-64

---

### AMENDED JOINT REPORT ON MEETING REQUIRED BY RULE 26(F)
### AND JOINT DISCOVERY/CASE MANAGEMENT PLAN

---

1.     State when and where the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

       The parties, through counsel, met on August 20, 2001, via telephone. George P. Powell attended on behalf of Plaintiff; Amy L. Gonzales, on behalf of Defendants.

2.     List the cases related to this one that are pending in any state or federal court with the case number and court.

       None.

3.     Briefly describe what this case is about.

       Plaintiff brings this claim under 42 U.S.C. § 1983 claiming that the City of Brownsville Police Department and Rafael Molina used excessive force in securing his arrest in violation of his constitutional rights. Defendants deny the use of excessive force.

4.     Specify the allegation of federal jurisdiction.

       Jurisdiction and venue are proper in this Court under 28 U.S.C. §1331 and §1334.

5.     Name the parties who disagree and the reasons.

       None.

-1-

6.    List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

None.

7.    List anticipated interventions.

None.

8.    Describe class-action issues.

None.

9.    State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

Both parties have made the initial disclosures required by Rule 26(a).

10.    Describe the proposed agreed discovery plan, including:

A)    Responses to all the matters raised in Rule 26(f).

Responses to all matters raised in Rule 26(f) will be addressed by August 27, 2001.

B)    When and to whom the plaintiff anticipates it may send interrogatories.

Plaintiff has already propounded interrogatories on Defendants.

C)    When and to whom the defendant anticipates it may send interrogatories.

Defendants have propounded interrogatories on Plaintiff.

D)    Of whom and by when the plaintiff anticipates taking oral depositions.

Plaintiff anticipates taking the oral deposition of Rafael Molina and any witnesses Defendants designate by November 15, 2001.

E)    Of whom and by when the defendant anticipates taking oral depositions.

Defendants anticipate taking the oral depositions of Armando Gonzalez and any other of Plaintiff's witnesses by November 15, 2001.

F)    When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

-2-

Expert witnesses will be designated and their reports will be provided by December 1, 2001.

G) List expert depositions that plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Plaintiff anticipates taking oral depositions of any experts Defendants designate by December 15, 2001.

H) List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Defendant anticipates taking depositions of any experts Plaintiff designates by December 15, 2001.

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

None.

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

Written discovery and Plaintiff's deposition have already been undertaken.

13. State the date the planned discovery can reasonably be completed.

We anticipate that planned discovery can reasonably be completed by December 30, 2001.

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

None at this time.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

Each party is investigating the facts of this case with any eye to prompt resolution of this matter.

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

Mediation may be considered at a later date.

CVisPDF - www.testra.com

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

   The parties do not agree to consent to trial before a magistrate at this time.

18. State whether a jury demand has been made and if it was made on time.

   A jury demand was made on time.

19. Specify the number of hours it will take to present the evidence in this case.

   We anticipate it will take forty-eight (48) hours to present the evidence in this case.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   None at this time.

21. List other motions pending.

   Defendants anticipate filing a motion for summary judgment by December 15, 2001.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   None.

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

   Defendants City of Brownsville Police Department and Rafael Molina filed their Disclosure of Interested Parties on December 5, 2000.

   Plaintiff has not filed his Disclosure of Interested Parties as of August 21, 2001.

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

Signed on ~~September~~ October 5 , 2001.


HINOJOSA & POWELL, P.C.
Attorney at Law
612 Nolana, Suite 410
McAllen, Texas 78504
(956) 686-2413 Phone
(956) 686-8462 Fax



_____
George P. Powell
Federal Id. No. 3849
State Bar No. 16196000
ATTORNEY FOR PLAINTIFF


LAW OFFICES OF
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78520
(956) 541-1846 Phone
(956) 541-1893 Fax



_____
George C. Krache
Federal Id. No. 19355
State Bar No. 00792631
ATTORNEYS FOR DEFENDANTS