26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RENE REYNA JR. | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. M~~ISC-B-00~~-17 |
| VS. | § | (JURY REQUESTED) B-01-64 |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | |
| DEPARTMENT AND POLICE OFFICER | § | |
| RAFAEL MOLINA | § | |

## UNOPPOSED MOTION FOR SCHEDULING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the City of Brownsville Police Department and Rafael Molina, Defendants in the above entitled cause of action, and respectfully request this Court to issue a scheduling order and as grounds therefore would show the following:

I.

A status conference in the above referenced matter was held on April 26, 2001. On May 4, 2001, Plaintiff and Defendants filed a Joint Report on Meeting Required by Rule 26(f) and Joint Discovery/ Case Management Plan. At the time of the status conference and Rule 26(f) Joint Report, Plaintiffs and Defendants anticipated that discovery would be completed by September 15, 2001.

II.

It has been difficult to complete discovery according to the originally intended timeline inasmuch as the Plaintiff and eyewitnesses are incarcerated. Plaintiff and Defendants are filing an amended Rule 26 (f) Joint Report simultaneously with the filing of this Motion. No scheduling order has been issued to date.

III.

Defendants would therefore request that a scheduling order be issued reflecting the deadlines in the amended Rule 26 (f) report.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this, their Unopposed Motion for Scheduling Order be granted, that the Court issue a scheduling order reflecting the deadlines in the amended Rule 26 (f) report, and that Defendants have such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Signed on __October 5__, 2001.

        WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
George C. Kraehe
State Bar No. 00792631
USDC Adm. No. 19355

Attorneys for Defendants

## CERTIFICATE OF CONFERENCE

Undersigned has conferred with counsel for Plaintiff, who is unopposed to this motion.

_____
George C. Kraehe

## CERTIFICATE OF SERVICE

I hereby certify that on <u>October 5</u>, 2001, a true and correct copy of the above and foregoing Motion for New Scheduling Order, has been forwarded via certified U.S. Mail, return receipt requested, on all counsel of record as noted below:

George P. Powell
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

_____
George C. Kraehe