IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 10 2001

Michael N. Milby
By Deputy Clerk

| | |
|---|---|
| RENE REYNA JR., § | |
| Plaintiff, § | |
| § | |
| § | CIVIL ACTION NO. B-01-64 |
| VS. § | (JURY REQUESTED) |
| § | |
| CITY OF BROWNSVILLE POLICE § | |
| DEPARTMENT AND RAFAEL § | |
| MOLINA, § | |
| Defendants § | |

**ORDER ON UNOPPOSED MOTION FOR SCHEDULING ORDER**

On this the 9th day of October, 2001, came on for consideration (DOCKET NO 26) Unopposed Motion for Scheduling Order. After having examined same and considered the arguments of counsel, this Court is of the opinion that said Motion should be GRANTED. IT IS THEREFORE ORDERED that Unopposed Motion for Scheduling Order is GRANTED.

IT IS FURTHER ORDERED THAT:

1. Oral Depositions are to be taken no later than October 15, 2001.

2. Expert Witnesses will be designated and their reports will be provided by Plaintiff no later than November 1, 2001.

3. Depositions of expert witnesses will be taken no later than November 15, 2001.

4. All discovery will be completed by November 30, 2001.

5. All Motions will be filed on or before January 15, 2002.

6. STATUS CONFERENCE MARCH 7, 2002 AT 1:30 P.M.

-4-

SIGNED on this 9th day of OCTOBER, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

-5-