United States District Court
Southern District of Texas
FILED

OCT 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RENE REYNA JR.<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. ~~MISC-B-00-17~~ B-01-64<br>(JURY REQUESTED) |
| CITY OF BROWNSVILLE POLICE<br>DEPARTMENT AND POLICE OFFICER<br>RAFAEL MOLINA | §<br>§<br>§<br>§ | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial, entry of final judgment and entry of orders on all post judgment motions.

| Signature | Party Represented | Date |
|---|---|---|
| *[signature]*<br>George C. Kraehe | City of Brownsville Police Department and Police Officer Rafael Molina | 10-5-2001 |
| *[signature]*<br>George Powell | Rene Reyna, Jr. | 10-5-2001 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

JOHN WM. BLACK

to conduct all further proceedings, including trial, entry of final judgment and entry of orders on all post judgment motions.

October 12, 2001                                    *[signature]*
Date                                                United States District Judge