COPY

United States District Court
Southern District of Texas
FILED

OCT 17 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RENE REYNA JR.<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>1. | CIVIL ACTION NO. B-01-64<br>(JURY REQUESTED) |
| CITY OF BROWNSVILLE POLICE<br>DEPARTMENT AND POLICE OFFICER<br>RAFAEL MOLINA | §<br>§<br>§<br>§ | |

### DEFENDANTS' MOTION TO COMPEL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, City of Brownsville Police Department and Police Officer Rafael Molina, in the above styled and numbered cause and file this there motion to compel production of documents from the Cameron County District Attorney's Office, and in support thereof would respectfully show the Court the following:

I.

Defendants issued a subpoena to the Custodian of Records for the District Attorney's Office, 974 E. Harrison, Brownsville, Texas 78520, requesting Plaintiff Rene Reyna's criminal record related to Plaintiff's arrest on June 23, 1998. (Attached hereto as Exhibit "A".)

II.

Defendants attempted to confer with Assistant County Attorney Francisco J. Martinez via telephone requesting that the district attorney's entire file for Plaintiff be produced. Assistant County Attorney Martinez indicated the county's unwillingness to produce its entire file on Plaintiff.

III.

Subsequently thereto, the county did not produce their entire file regarding Plaintiff's arrest on June 23, 1998 but rather only produced a brief case history showing Plaintiff's criminal convictions.

IV.

Under Federal Rule of Civil Procedure 45 (d) a custodian of records must either produce the requested documents or specify any privilege asserted and provide a description of withheld documents.

V.

Defendants are in need of the contents of the District Attorney's file concerning Plaintiff's arrest on June 23, 1998 in order to prepare their defense against the claims brought by Plaintiff in the instant civil lawsuit, which claims result from the same series of events resulting in Plaintiff's arrest on June 23, 1998. The failure of the Cameron County District Attorney's Office to produce this file has unduly prejudiced Defendants in the instant case and there is no other source from which this material may be obtained.

VI.

The Cameron County District Attorney's Office has not filed for a protective order, nor did it move to quash the subpoena served upon it in order to obtain its file concerning Plaintiff's arrest on June 23, 1998.

VII.

Pursuant to Federal Rule of Civil Procedure 45 (e), this Honorable Court can place a party in contempt for failing to obey a subpoena.

## VIII.

Defendants seek a ruling from the court ordering the Cameron County District Attorney's Office to immediately supplement its production of documents as requested by Defendants in their subpoena, and produce its entire file pertaining to Plaintiff Rene Reyna's arrest on June 23, 1998.

WHEREFORE, PREMISES CONSIDERED, Defendants, City of Brownsville Police Department and Police Officer Rafael Molina, respectfully pray that the Court set this matter for hearing, grant Defendants' Motion to Compel and order the Cameron County District Attorney's office to supplement its production as requested, within ten days of this Court's order. Defendants further request such other relief to which they may be justly entitled, including costs necessitated in bringing this motion.

Signed on October 17, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
George C. Kraehe
State Bar No. 00792631

Attorneys for Defendants, City of
Brownsville Police Department
and Police Officer Rafael Molina

## CERTIFICATE OF CONFERENCE

Undersigned has conferred with all counsel of record, who are unopposed to this motion.

_____
George C. Kraehe

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Motion to Compel has been sent to the following via Certified Mail, return receipt requested, on October 17, 2001.

Cameron County District Attorney's Office
974 E. Harrison
Brownsville, Texas 78520

George P. Powell
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

_____
George C. Kraehe



ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RENE REYNA JR., § | |
| Plaintiff, § | |
| § | |
| § | |
| § | CIVIL ACTION NO. B-00-17 |
| VS. § | (JURY REQUESTED) |
| § | |
| CITY OF BROWNSVILLE POLICE § | |
| DEPARTMENT AND RAFAEL MOLINA, § | |
| Defendants. § | |

## SUBPOENA DUCES TECUM

THE STATE OF TEXAS:

TO:   Custodian of Records
      District Attorney's Office
      974 E. Harrison
      Brownsville, Texas 78520

**GREETINGS:**   **YOU ARE HEREBY COMMANDED TO PRODUCE PLAINTIFF'S CRIMINAL RECORD RELATED TO HIS ARREST ON JUNE 23, 1998**

Records pertaining to:   Mr. Rene Reyna, Jr.
                          DOB: May 18, 1979
                          SSN: 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

TO:   Willette & Guerra, L.L.P.
      International Plaza, Suite 460
      3505 Boca Chica Blvd.
      Brownsville, Texas 78520

in the above-styled action pending in the B-00-17 United Stated District Court for the Southern District of Texas Brownsville Division.

1



EXHIBIT A

**WITNESS MY HAND AND SEAL OF OFFICE** on this 25th day of July, 2001.

*George C. Kraehe*

Attorney George C. Kraehe
USDC Adm. No 19355

Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

## OFFICER'S RETURN

Came to hand the 25th day of July, 2001, at 2:00 o'clock P m., and executed the 25 day of July, 2001, at o'clock 4:19 m., by delivering to the within named witness at the hereinabove named location in person, a true copy of this subpoena and tending to said witness the fees prescribed by law.

By serving John Blaylock, Chief Prosecutor

**Professional Civil Process**
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313

By: *Juanita Sullivan*

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
March 21, 2002

SUBSCRIBED AND SWORN TO BEFORE ME ON _____ TO CERTIFY WHICH WITNESS MY HAND AND OFFICIAL SEAL
NOTARY PUBLIC STATE OF TEXAS

7/25/01

2