30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 1 8 2001

| | | |
|---|---|---|
| RENE REYNA JR. | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-64 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | |
| DEPARTMENT AND POLICE OFFICER | § | |
| RAFAEL MOLINA | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL

On the 18th day of October 2001, Defendants City of Brownsville Police Department and Police Officer Rafael Molina's Motion to Compel (Docket No 29) came on for consideration.

After review, the Court is of the opinion that Defendants' Motion to Compel is hereby GRANTED.

IT IS FURTHER ORDERED that the Cameron County District Attorney's Office is to produce its entire file on Plaintiff Rene Reyna related to Plaintiff's arrest on June 23, 1998 as ordered, within ten days of this Court's order.

SIGNED on this the 18 day of October 2001.

_____
JUDGE PRESIDING