# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

NOV 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RENE REYNA, JR. §<br>     Plaintiff, §<br> §<br>VS. §<br> §<br> §   CIVIL ACTION NO. B-01-064<br>CITY OF BROWNSVILLE POLICE §   (JURY REQUESTED)<br>DEPARTMENT AND POLICE §<br>OFFICER RAFAEL MOLINA §<br>     Defendants. § | |

## ORDER DENYING MOTION TO QUASH SUBPOENA DUCES TECUM

The custodian of records for the Cameron Country District Attorney ("Movant") has filed objections to and motion to quash subpoena duces tecum which was directed to the custodian of records for the Cameron County District Attorney's Office and served October 29, 2001 (Docket No. 31). Movant's motion to quash is DENIED.

It is ORDERED that the custodian of records for the Cameron County District Attorney's Office produce all records and documents pursuant to the subpoena duces tecum.

DONE at Brownsville, Texas, this 7th day of November, 2001.

John Wm. Black
United States Magistrate Judge