1-01CV64

United States Courts
Southern District of Texas
FILED
NOV 0 8 2001
Michael N. Milby, Clerk

MAIL
United States District Court
Southern District, Texas
FILED
NOV 2 0 2001 4:30
Michael N. Milby, Clerk

To whom it may concern,

I am writing to advise of my move from Ferguson Unit to Gib Lewis Unit. I have filled out the new address so you can mail all new legal mail to me here. Thank you!

Respectfully,
Rene Reyna Jr.