United States District Court
Southern District of Texas
FILED

DEC 0 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RENE REYNA JR. | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-64 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | |
| DEPARTMENT AND POLICE OFFICER | § | |
| RAFAEL MOLINA | § | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE COURT'S DEADLINES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW the City of Brownsville Police Department and Rafael Molina, Defendants in the above entitled cause of action, and file this their Unopposed Motion to Extend the Court's Deadlines and for cause would respectfully show unto the Court the following:

**I.**

This case involves questions of liability under 42 U.S.C. § 1983. The complexity of these questions and the need to conduct extensive discovery, including depositions of numerous witnesses, requires more time than is currently allowed under the Court's Scheduling Order.

**II.**

Attorney-in-charge for Defendants, George C. Kraehe, an officer in the U.S. Army Reserve, has been called to active military service and will be out of state or out of the country for at least a one (1) year period. A new attorney-in-charge will be designated by subsequent filing and will need additional time to familiarize himself with the facts of this case.

## III.

Both Plaintiff and Defendants have recently designated numerous witnesses. More time is needed to complete these and other witnesses' oral depositions. All parties are agreed that the current deadlines are untenable and leave insufficient time to conclude discovery and prepare all dispositive and other motions helpful to disposition of this matter.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Court's deadlines in this matter be extended and for all other relief to which they may show themselves justly entitled.

Signed on this 4th day of December, 2001.

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
George C. Kraehe
State Bar No. 00792631
USDC Adm. No. 19355

Attorneys for Defendants

-3-

## **CERTIFICATE OF CONFERENCE**

Undersigned has conferred with counsel for Plaintiff, who is unopposed to this motion.

_____
George C. Kraehe

## **CERTIFICATE OF SERVICE**

I hereby certify that on Dec 4th, 2001, a true and correct copy of the above and foregoing has been forwarded via certified U.S. Mail, return receipt requested, on all counsel of record as noted below:

George P. Powell
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

_____
George C. Kraehe

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RENE REYNA JR., <br>     Plaintiff, | § <br> § <br> § <br> § <br> § | |
| VS. | § <br> § | CIVIL ACTION NO. B-01-64 <br> (JURY REQUESTED) |
| CITY OF BROWNSVILLE POLICE <br> DEPARTMENT AND RAFAEL <br> MOLINA, <br>     Defendants | § <br> § <br> § <br> § | |

## ORDER

BE IT REMEMBERED that on this day came on for consideration Defendants' Unopposed Motion to Extend the Court's Deadlines in the above referenced cause of action. Upon consideration of said motion, the Court is of the opinion that same should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that a new scheduling order will be issued.

SIGNED for entry on this _____ day of December, 2001.

                                                                    UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RENE REYNA JR., <br>     Plaintiff, | § <br> § <br> § <br> § <br> § | |
| VS. | § <br> § | CIVIL ACTION NO. B-01-64 <br> (JURY REQUESTED) |
| CITY OF BROWNSVILLE POLICE DEPARTMENT AND RAFAEL MOLINA, <br>     Defendants | § <br> § <br> § <br> § | |

**ORDER SETTING HEARING**

On this the _____ day of _____ 2001, came on to be considered Defendants' Unopposed Motion to Extend the Court's Deadlines. After considering same, the Court is of the opinion that a hearing should be held. IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Defendants' Unopposed Motion to Extend the Court's Deadlines be and is hereby set for hearing on the ___ day of _____, 2001 at ____ .m. o'clock in this Honorable Court.

SIGNED FOR ENTRY on this the _____ day of _____, 2001.

_____
UNITED STATES MAGISTRATE JUDGE