IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RENE REYNA JR.<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-01-64<br>(JURY REQUESTED) |
| CITY OF BROWNSVILLE POLICE<br>DEPARTMENT AND POLICE OFFICER<br>RAFAEL MOLINA | §<br>§<br>§<br>§ | |

**DEFENDANTS' SUPPLEMENTARY NOTICE TO THE COURT REGARDING DEFENDANTS' "UNOPPOSED" MOTION TO EXTEND THE COURT'S DEADLINES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW the City of Brownsville Police Department and Rafael Molina, Defendants in the above entitled cause of action, and file this their Supplementary Notice to the Court regarding Defendants' "Unopposed" Motion to Extend the Court's Deadlines and for cause would respectfully show unto the Court the following:

I.

Defendants recently filed what was characterized as an "unopposed" motion to extend the Court's deadlines, asking that the Court issue a new scheduling order to accommodate as many as seven (7) oral depositions that still need to be completed and to allow a new attorney to become familiar with the facts of this case in light of undersigned's recent one (1) year activation in the federal armed services.

II.

As the letter submitted herewith as Exhibit A suggests, undersigned apparently misunderstood the extent of Plaintiff's nonopposition to Defendant's Motion to Extend the Court's

deadlines. Undersigned regrets the error and respectfully asks the Court to consider its Motion to Extend the Court's Deadlines opposed.

## III.

Defendants ask that all deadlines be extended, including the deadline to file motions. This request is made, because Defendants want the Court to have the benefit of a complete record before considering any motions for summary judgment.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Court's deadlines in this matter be extended and for all other relief to which they may show themselves justly entitled.

Signed on this 5th day of December, 2001.

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
George C. Kraehe
State Bar No. 00792631
USDC Adm. No. 19355

Attorneys for Defendants

## **CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff is opposed to this motion.

_____
George C. Kraehe

## **CERTIFICATE OF SERVICE**

I hereby certify that on ___Dec 0 5___, 2001, a true and correct copy of the above and foregoing has been forwarded via certified U.S. Mail, return receipt requested, on all counsel of record as noted below:

George P. Powell
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

_____
George C. Kraehe

LAW OFFICES OF
# HINOJOSA & POWELL, P.C.
ATTORNEYS AT LAW
812 NOLANA, STE 410
McALLEN, TEXAS 78504
(956) 686-2413 • FAX (956) 686-8462

JUAN J. HINOJOSA

GEORGE P. POWELL
Board Certified
Personal Injury Trial Law
Texas Board of Legal Specialization

December 5, 2001

George Kraehe
Attorney at Law
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, TX 78521

RE: Civil Action No. B-00-17; *Rene Reyna, Jr. v. City of Brownsville Police Dept., et al.*

Dear George:

I didn't agree to extend all deadlines 30 days; only discovery deadlines. This is to allow Ryan or whoever time to familiarize themselves with the case.

I don't want to put off the trial date or any hearings that will effect this trial dates.

I know that you guys will have your usual motion for summary judgment; which as usual, will be denied. This one will be even more ridiculous than the others. Nevertheless, I don't want to loose any time in getting to trial.

Sincerely yours,

HINOJOSA & POWELL, P.C.

GEORGE P. POWELL

GPP/ama



DEFENDANT'S
EXHIBIT
A