37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

DEC 1 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RENE REYNA, JR., <br> TDCJ # 858289, <br>    Plaintiff-Petitioner, <br><br> VS. <br><br> CITY OF BROWNSVILLE POLICE <br> DEPARTMENT AND RAFAEL MOLINA, <br>    Defendants-Respondents. | § § § § § § § § § | CIVIL ACTION NO. B-01-064 |

## ORDER

BE IT REMEMBERED that on this 10th day of December, 2001, came on for consideration Defendants' Motion to Extend the Court's Deadlines (Docket No. 35) in the above referenced cause of action. Upon consideration of said Motion, the Court is of the opinion that same should be **DENIED**.

The parties are free to conduct discovery by agreement as they wish. The court encourages them to do so.

SIGNED this 10th day of December, 2001 at Brownsville, Texas.

John Wm. Black
United States Magistrate Judge