*39*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RENE REYNA JR., <br> Plaintiff, | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-64 <br> (JURY REQUESTED) |
| CITY OF BROWNSVILLE and <br> RAFAEL MOLINA, <br> Defendants. | § § § § | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW DEFENDANTS, the City of Brownsville and Rafael Molina, individually and in his official capacity, and file this their Motion for Summary Judgment under Federal Rule of Civil Procedure 56(c) and would respectfully submit unto the Court the following:

### I.
### SUMMARY JUDGMENT EVIDENCE

| | |
|---|---|
| **Exhibit A** | Plaintiff's First Amended Complaint. |
| **Exhibit B** | Relevant Pleadings from Cause No. 98-CR-892-E, 357th Judicial District Court, Cameron County including Indictment of Plaintiff, Plaintiff's Plea of No Contest and the Judgment of Conviction. |
| **Exhibit C** | Relevant Portions of Brownsville Police Department Records Regarding Incident. |
| **Exhibit D** | Excerpts from Plaintiff's Oral Deposition Transcript. |

1

| | |
|---|---|
| **Exhibit E** | **Relevant Portions of Officer Rafael Molina's Brownsville Police Department Personnel File** |
| **Exhibit F** | **Brownsville City Charter** |
| **Exhibit G** | **Plaintiff's Answers to Interrogatory 18 with attachment.** |
| **Exhibit H** | **Correspondence from Cameron County District Attorney regarding Grand Jury Findings.** |

Defendants also submit together with this Motion their Brief in support thereof.

## II.
## MOTION FOR SUMMARY JUDGMENT

As the evidence submitted herewith shows and for the reasons set forth in its Brief in Support of Defendants' Motion for Summary Judgment, Defendants contend that there is no genuine issue of material fact and that they are thus entitled to judgment as a matter of law. Specifically, the competent summary judgment evidence submitted herewith shows that Plaintiff's claims against Rafael Molina are barred by Plaintiff's criminal conviction. The competent summary judgment evidence further shows that no policy, custom, or practice of the City of Brownsville caused the injuries of which Plaintiff complains. Plaintiff's claims against Defendants, the City of Brownsville and Rafael Molina, under 42 U.S.C. § 1983 should therefore be dismissed as a matter of law.

WHEREFORE, PREMISES CONSIDERED, Defendants, the City of Brownsville and Rafael Molina, individually and in his official capacity, request that all of Plaintiff's claims against them be dismissed with prejudice, that Plaintiff take nothing by this lawsuit, that Defendants recover all costs incurred herein, and that Defendants recover such other and further relief, at law and in equity, to which they may show themselves to be justly entitled.

Signed on January _____, 2002.

All relief requested and not expressly granted is hereby denied.

Signed this the ____ day of _____, 2002.

_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RENE REYNA JR.,<br>  Plaintiff, | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. B-01-64 |
| VS. | §  (JURY REQUESTED)<br>§ |
| CITY OF BROWNSVILLE and<br>RAFAEL MOLINA,<br>  Defendants. | §<br>§<br>§ |

## ORDER

On this day, came on to be heard Defendants' Motion for Summary Judgment filed in this cause. All parties appeared by and through respective counsel. The Court after examining the pleadings and summary judgment evidence and hearing the arguments of counsel is of the opinion and finds that Defendants, the City of Brownsville and Rafael Molina, individually and in his official capacity, are entitled to summary judgment.

IT IS THEREFORE, ORDERED ADJUDGED and DECREED that Defendants' Motion for Summary Judgment be and is GRANTED, that PLAINTIFF take nothing as against Defendants, the City of Brownsville and Rafael Molina, individually and in his official capacity, and that all claims against Defendants, the City of Brownsville and Rafael Molina, individually and in his official capacity, be and are DISMISSED with prejudice.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RENE REYNA JR., <br> Plaintiff, | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-64 <br> (JURY REQUESTED) |
| CITY OF BROWNSVILLE and <br> RAFAEL MOLINA, <br> Defendants. | § § § § | |

## ORDER

On this the ____ day of _____ 2002, came on to be considered, Defendants' Motion for Summary Judgment. After considering same, the Court is of the opinion that a hearing should be held. IT IS THEREFORE,

ORDERED, ADJUDGED and DECREED that Defendants' Motion for Summary Judgment be and is hereby set for hearing on the ____ day of _____, 2002 at ____ a.m. o'clock in this Honorable Court.

SIGNED FOR ENTRY on this the ____ day of _____, 2002.

_____
United States Magistrate Judge

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: /s/ Charles Willette Jr. w/pEG
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has on this January 10, 2002, been forwarded via certified mail, return receipt requested.

George P. Powell
Hinojosa & Powell, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

/s/ Charles Willette Jr. w/pEG
Charles Willette, Jr.

3