41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RENE REYNA JR. | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-64 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | |
| DEPARTMENT AND POLICE OFFICER | § | |
| RAFAEL MOLINA | § | |

## DEFENDANTS' DESIGNATION OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW the City of Brownsville Police Department and Rafael Molina, Defendants in the above entitled cause of action, and file this their Designation of Counsel due to the fact that George Kraehe is a reserved officer Captain with the U.S. Army and has been called to active duty. Defendants hereby designate:

**Charles Willette, Jr.**
**State Bar No. 21509700**
**USDC No. 1937**
**Eduardo Garza**
**State Bar No. 00796606**
**USDC No. 20916**
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (965) 541-1893

as attorney-in-charge on their behalf to have full control and management of its cause and to

receive all further communications from the Court and other counsel relating to this cause.

Further, counsel requests that George C. Kraehe be removed as counsel from the court's record due to the fact that Mr. Kraehe was called to active duty with the United States Army and is no longer with the firm. Also, counsel request that Alexia Rodriguez be removed from the court's record as she is no longer with the firm.

Signed on January 14, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
USDC No. 1937
State Bar No. 21509700
Eduardo Garza
USDC No. 20916
State Bar No. 00796606
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2002, a true and correct copy of the above and foregoing Designation of Lead Counsel has been forwarded to all counsel of record via certified mail, return receipt requested, as noted hereunder.

Mr. George P. Powell
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

_____
Charles Willette, Jr.

-2-