42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| RENE REYNA JR., | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-64 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE and | § | |
| RAFAEL MOLINA, | § | |
| Defendants. | § | |

---

## ORDER

---

On this the **14th** day of **January** 2002, came on to be considered, Defendants' Motion for Summary Judgment. After considering same, the Court is of the opinion that a hearing should be held. IT IS THEREFORE,

ORDERED, ADJUDGED and DECREED that Defendants' Motion for Summary Judgment be and is hereby set for hearing on the **6th** day of **March**, 2002 at **2:00 p.m.** o'clock in this Honorable Court.

SIGNED FOR ENTRY on this the **14th** day of **January**, 2002.

_____
United States Magistrate Judge

-4-