43

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RENE REYNA JR. | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-64 |
| VS. | 1. | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | |
| DEPARTMENT AND POLICE OFFICER | § | |
| RAFAEL MOLINA | § | |

## AGREED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Rene Reyna, Jr., Plaintiff and the City of Brownsville Police Department and Rafael Molina, Defendants in the above entitled cause of action and file this their Agreed Motion for Continuance of the March 6, 2002 hearing on Defendants' Motion for Summary Judgment and the March 7, 2002 Status Conference and in support thereof would show as follows:

I.

This case is currently scheduled for a hearing on the oral argument of the Defendants' Motion for Summary Judgment on March 6, 2002 at 2:00 p.m and a Status Conference for March 7, 2002 at 1:30 p.m.

At this time, both counsel have been trying to schedule and complete the depositions of plaintiff's and defendants' experts witnesses as well as other fact witnesses. Due to both counsels' trial schedules, hearings and other conflicts, coupled with the unavailability of the experts due to

their respective trial and depositions schedules, it has been impossible to schedule and take all of their depositions. Plaintiff's counsel has designated three (3) experts, one which is located in the Rio Grande Valley and two (2) experts are located in the Dallas area. Defendants' counsel has also designated three (3) experts, one which is located in San Antonio and two (2) which are located in the Dallas area. While the one expert in San Antonio has now been deposed, both counsel have made numerous attempts to schedule the remaining depositions but to no avail due to the experts and/or counsel not being available on the same dates.

Further, the deposition testimony of all the experts is needed in order to respectively respond and reply to the pending motion for summary judgment. Counsel will need additional time to not only schedule and depose all five (5) remaining experts, but will also need time to receive the transcripts for use in the response and reply.

**II.**

Both counsel would respectfully request that this Court reset the hearing on the Defendants' Motion for Summary Judgment and the Status Conference from their current settings to April 11, 2002.

**III.**

Plaintiff and Defendants would show that this Motion is not being submitted for purposes of harassment or delay, but solely so that the interest of justice may be served.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants pray that their Agreed Motion for Continuance be granted and the Court reset these matters from the current settings of March 6, 2002 on the Defendants' Motion for Summary Judgement and the March 7, 2002 Status Conference and that Plaintiff and Defendants have such other and further relief to which they may show themselves to be justly entitled.

Signed on this the ___19th___ day of February, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas  78521
Telephone: (956)541-1846
Telecopier: (956)541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937
Attorney for Defendants


HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas  78504
Telephone (956)686-2413
Facsimile (956)686-8462

By: _____
George Powell
State Bar No. 16196000
USDC No. 3849

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on **Feb. 19**, 2002, a true and correct copy of the above and foregoing Agreed Motion for Continuance has been forwarded via certified U.S. Mail, return receipt requested, on all counsel of record as noted below:

George P. Powell
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

_____
Charles Willette, Jr.