44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RENE REYNA JR., | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-64 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | |
| DEPARTMENT AND RAFAEL | § | |
| MOLINA, | § | |
| Defendants | | |

## ORDER GRANTING AGREED MOTION FOR CONTINUANCE

On this the 21ST day of FEBRUARY, 2002 came on for consideration the Agreed Motion for Continuance (DOCKET NO 43). After having examined same and considered the arguments of counsel, this Court is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Agreed Motion for Continuance is GRANTED and the hearing on Defendants' Motion for Summary Judgment and the Status Conference are reset to the 11TH day of APRIL 2002 at 10:00 A. m.

SIGNED on this 21ST day of FEBRUARY, 2002.

_____
UNITED STATES MAGISTRATE JUDGE