# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

APR 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RENE REYNA, JR. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-064 |
| § | |
| CITY OF BROWNSVILLE POLICE § | |
| DEPARTMENT AND RAFAEL MOLINA § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that the proceeding set in this case at time and place shown below has been CANCELLED:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**APRIL 11, 2002 AT 10:00 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 10, 2002

TO:   MR. GEORGE P. POWELL
      MR. CHARLES WILLETTE
      FRANCISCO MARTINEZ