50

United States District Court
Southern District of Texas
FILED

APR 1 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RENE REYNA JR. | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-64 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | |
| DEPARTMENT AND POLICE OFFICER | § | |
| RAFAEL MOLINA | § | |

**SUPPLEMENTATION OF DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW the City of Brownsville Police Department and Rafael Molina, Defendants in the above entitled cause of action, and file this their Supplementation of Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgement. Enclosed is the original Affidavit of Victor Rodriguez to replace the telefax copy filed earlier with the original motion. Defendants request this court accept this supplementation.

Signed on April 16, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _Ryan Henry_
RYAN HENRY
State Bar No 24007347
Federal No. 22968
Attorney for Defendants

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2002, a true and correct copy of the above and foregoing Supplementation of Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgement has been forwarded to all counsel of record via certified mail, return receipt requested, as noted hereunder.


Mr. George P. Powell
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504


_____
Ryan Henry

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RENE REYNA JR.,<br>        Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-00-17<br>(JURY REQUESTED) |
| CITY OF BROWNSVILLE POLICE<br>DEPARTMENT AND RAFAEL MOLINA,<br>        Defendants. | §<br>§<br>§<br>§ | |

## AFFIDAVIT OF VICTOR RODRIGUEZ

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned, on this day appeared Victor Rodriguez, who is personally known to me, and who, after being duly sworn, according to law upon his oath deposed and said the following:

1.    "My name is Victor Rodriguez, I am over 21 years of age, of sound mind, capable of making this Affidavit. The facts stated herein are true and correct and within my personal knowledge.

2.    I am the Chief of Police for the McAllen Police Department. I was the former Chief of Police for the City of Brownsville.

3.    I drafted the City of Brownsville Police Department's use of force policy, a true and correct copy of which is attached hereto.

4.    In drafting the Brownsville policy attached, I used the International Association of Chiefs of Police Model Policy ("IACP") manual as a guide. The City of Brownsville Police Department's use of force policy is almost identical to the IACP Model Policy. The International Association of Chiefs of Police is the largest police

association in the world and its Model Policies are relied upon by numerous police departments across this nation. They have been scrutinized extensively to assure that legal requirements and constitutional rights are protected. The Model Policies are recognized as appropriate and constitutional policies and have been cited by the United States Supreme Court."

Further affiant sayeth not.



_____
Victor Rodriguez

SUBSCRIBED AND SWORN TO BEFORE ME on the __9th__ day of _April_, 2002, to certify which witness my hand and seal of office.

ALMA L. WITTENBURG
Notary Public
STATE OF TEXAS
My Comm. Exp 08-11-2003

_____
Notary Public, State of Texas

ALMA L. WITTENBURG
_____
Printed or typed name

Comm. Expires: _08-11-2003_