51

United States District Court
Southern District of Texas
FILED

MAY 0 1 2002

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **RENE REYNA, JR.,** | § | |
| **Plaintiff,** | § | |
| | § | B-01-64 |
| **vs.** | § | MISC ACTION NO. B-0017 |
| | § | |
| **CITY OF BROWNSVILLE POLICE** | § | |
| **DEPARTMENT and RAFAEL** | § | |
| **MOLINA,** | § | |
| **Defendants.** | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
SUPPLEMENTAL AUTHORITY**

The Defendants submitted to the Court the case of *Sappington v. Bartee*, 195 F3rd 234(5th cir. 1999), there is nothing in the *Sappington* case where it disputes the Plaintiff's position. The Plaintiff brought a Sec. 1983 suit alleging that police officers violated his consitutional rights in the course of their treatment of him. *Sappington* started assaulting the police officers after his initial arrest. He claimed it to have been an act of self-defense. The district court even noted that one of the strategies at Sappington's trial was to claim that he acted in self-defense. Accordingly, the jury considered the facts of Sappington's beating along with force used against him. Sappington even argued that the police officers used excessive force after Sappington offered resistance and fought against them in the arrest. This is clearly different from the case before the Court where Reyna argues, and there is evidence to support, that he had completely given up, had his hands in the air when he was shot. The facts are in no way similar to the facts of *Sappington v. Bartee*.

1

Respectfully submitted,

HINOJOSA & POWELL, P.C.
Attorneys at Law
612 Nolana, Suite 410
McAllen, TX 78504
(956) 686-2413
(956) 686-8462


BY: _____
        GEORGE P. POWELL
        Attorney at Law
        State Bar No. 16196000


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been mailed, certified mail, return receipt requested, and/or telecopied to the opposing counsel of record on this 23rd day of April, 2002.

CHARLES WILLETTE
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd.
Brownsville, TX 78521

_____
        GEORGE P. POWELL

2