IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| RENE REYNA, JR., <br> Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-064 |
| CITY OF BROWNSVILLE and <br> RAFAEL MOLINA, <br> Defendants. | § § § § | |

## ORDER

Pending before the Court is Defendants' City of Brownsville and Rafael Molina, individually and in his official capacity, Motion for Summary Judgment (Docket No. 39). After careful consideration of this matter, the Court is of the opinion that the motion should be **DENIED IN PART** and **GRANTED IN PART**.

**IT IS ORDERED** that Defendant Molina's Motion for Summary Judgment on the basis of qualified immunity be **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment on the grounds that a judgment in favor of Plaintiff would necessarily result in setting aside Reyna's conviction for aggravated assault is **DENIED**.

**IT IS FURTHER ORDERED** that the City of Brownsville's Motion for Summary Judgment based on its claims that its policies, practices, and procedures are not unconstitutional is **GRANTED**.

DONE in Brownsville, Texas, on this 3rd day of May, 2002.

John Wm. Black
United States Magistrate Judge