

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RENE REYNA, JR. | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-064 |
| CITY OF BROWNSVILLE POLICE DEPARTMENT AND RAFAEL MOLINA | § § § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

MAY 15, 2002 AT 2:00 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 3, 2002

TO:   MR. GEORGE P. POWELL
      MR. CHARLES WILLETTE
      FRANCISCO MARTINEZ