# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 14 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| RENE REYNA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-064 |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | |
| DEPARTMENT AND RAFAEL MOLINA | § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                            ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**              **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:               CONTINUED TO DATE AND TIME:

**MAY 15, 2002 AT 2:00 P.M.**                     **MAY 20, 2002 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 13, 2002

TO:     MR. GEORGE P. POWELL
        MR. CHARLES WILLETTE
        FRANCISCO MARTINEZ