THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

MAY 20 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-064            DATE & TIME:    05-20-02 AT 2:00 P.M.

RENE REYNA, JR.                      PLAINTIFF(S)    GEORGE P. POWELL
                                     COUNSEL

VS.

CITY OF BROWNSVILLE POLICE           DEFENDANT(S)    CHARLES WILLETTE
DEPARTMENT, ET AL.                   COUNSEL

---

Attorneys George Powell, Charles Willette and Amy Gonzalez appeared in chambers.

Status conference will be reset.

Parties will mediate.