# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _L. Mardis_

| | | |
|---|---|---|
| RENE REYNA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-064 |
| | § | |
| CITY OF BROWNSVILLE POLICE | § | |
| DEPARTMENT AND RAFAEL MOLINA | § | |

TYPE OF CASE:      __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 27, 2002 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 20, 2002

TO:   MR. GEORGE P. POWELL
      MR. CHARLES WILLETTE
      FRANCISCO MARTINEZ