

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

JUN 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RENE REYNA, JR. | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-064 |
| CITY OF BROWNSVILLE POLICE DEPARTMENT AND RAFAEL MOLINA | § § § | |

TYPE OF CASE:   __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**(WILL NOT BE NECESSARY IF SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:                                                          ROOM NO.:

UNITED STATES FEDERAL COURTHOUSE              SECOND FLOOR COURTROOM, #2
600 E. HARRISON STREET
BROWNSVILLE, TEXAS                                     DATE AND TIME:

                                                               AUGUST 21, 2002 AT 1:30 P.M.

                                                               _____
                                                               JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 24, 2002

TO:     MR. GEORGE P. POWELL
        MR. CHARLES WILLETTE
        FRANCISCO MARTINEZ