```
-----------------
  No. 02-40928
-----------------
```

RENE REYNA, JR

    Petitioner - Appellee

v.

BROWNSVILLE POLICE DEPARTMENT, ET AL

    Respondents

RAFAEL MOLINA, Individually and in his Official Capacity

    Respondent - Appellant

United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

CAB-01-64

### ENTRY OF DISMISSAL

Pursuant to the joint motion of the parties this appeal is dismissed this 28th day of June, 2002, see FED. R. APP. P. 42(b).

    CHARLES R. FULBRUGE III
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: _____
    Peter Conners, Deputy Clerk

    FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
    Deputy   JUN 2 8 2002
New Orleans, Louisiana

Case No. 02-40928

IN THE
UNITES STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

CITY OF BROWNSVILLE and RAFAEL MOLINA
Defendants - Appellants

v.

RENE REYNA, JR.
Plaintiff - Appellee

U.S. COURT OF APPEALS
**FILED**
JUN 2 8 2002
CHARLES R. FULBRUGE III
CLERK

Appeal from the United States District Court
for the Southern District of Texas

---

**AGREED MOTION TO DISMISS**

---

TO THE HONORABLE FIFTH CIRCUIT COURT OF APPEALS:

COME NOW Appellee Rene Reyna Jr. (hereinafter referred to as "Appellee") and Appellants, City of Brownsville and Police Officer Rafael Molina (hereinafter collectively referred to as "Appellants") and file this their Agreed Motion for Dismissal and for cause would respectfully show unto the Court the following:

I.

All claims advanced by Appellee against Appellants in the above-referenced case have been compromised and settled, as evidenced by the receipt and release fully executed by Appellee.

II.

In light of the above-referenced settlement, all parties to this matter move that this Court

-1-

dismiss with prejudice all claims filed in this suit, including, but not limited to, all claims under 42 U.S.C. §1983, including all claims alleging the violation of Appellee's rights under the Fourth, Fifth and Fourteenth Amendments to the United States Constitution, and all claims for attorney's fees under 42 U.S.C §1998. All parties further move this court to enter an Order of Dismissal with prejudice.

WHEREFORE, PREMISES CONSIDERED, Appellee and Appellants respectfully pray that this Court grant their Agreed Motion for Dismissal and dismiss with prejudice all of the claims brought by Appellee against Appellants, with all court courts to be borne by the party incurring same,.

Signed on this 25th day of June, 2002.

Respectfully submitted,

HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504
Telephone: (956) 686-2413
Facsimile: (956) 686-8462

By: *George Powell*
George P. Powell
State Bar No. 1619600
USDC Adm. No. 3849
Attorney for Appellee, Rene Reyna

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Charles Willette*
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937
Attorney for Appellants, City of Brownsville and Police Officer Rafael Molina

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has on this 25th day of June, 2002, been forwarded via hand delivery to:

George P. Powell
Hinojosa & Powell, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504
*Attorney for Appellee , Rene Reyna*

_____
Charles Willette Jr.

## CERTIFICATE OF CONFERENCE

The undersigned contacted counsel for Appellee; he is in agreement with the filing of this motion.

_____
Charles Willette Jr.

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

June 28, 2002

MAIL
United States District Court
Southern District of Texas
RECEIVED

JUL 0 1 2002
11:44 AM
Michael N. Milby, Clerk

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 02-40928 Reyna v. Brownsville Police
USDC No. B-01-CV-64

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Peter Conners, Deputy Clerk
504-310-7685

/pac
cc: w/encl:
    Mr George P Powell
    Mr Charles Vernon Willette Jr

MDT-1