UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ADR MEMORANDUM TO CLERK OF COURT
(To Be Submitted in duplicate if cases settles before
ADR or within 10 days after completion of ADR)

United States District Court
Southern District of Texas
FILED

JUL 1 0 2002

Michael N. Milby
Clerk of Court

RENE REYNA, JR.                   :
                                  :      Division: Brownsville
VS.                               :      Civil Action No. B-01-64
                                  :
CITY OF BROWNSVILLE and           :
RAFAEL MOLINA                     :

ADR METHOD:        Mediation      __X__       Arbitration          _____
                   Mini – trail   _____       Summary Jury Trial   _____

TYPE OF CASE: _____

1. Please check one of the following:
   The case referred to ADR settled _____     or did not settle __X__.

2. My total fee and expenses were: $ 475.00 per party (2 parties) _____.
   (if you had no fee and expenses, please indicate if the case settled before
   ADR, OR if the ADR processing was conducted on a no-fee basis pursuant
   to order of the court or agreement of the parties.)

   _____
   _____

3. Please list names, address and telephone numbers of all parties and all counsel
   of record:

Mr. George P. Powell
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, TX 78504
PHONE: 956/686-2413
FACSIMILE: 956/686-8462

Mr. Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, TX 78521
PHONE: 956/541-1846
FACSIMILE: 956/541-1893

Date: July 8, 2002                        ADR PROVIDER
                                          Name: Leo C. Salzman

                                          Signature: _Leo C. Salzman_

SDTX-ADR.5