IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RENE REYNA JR.,<br>Plaintiff, | §<br>§<br>§<br>§ |
| VS. | § CIVIL ACTION NO. B-01-64<br>§ (JURY REQUESTED)<br>§ |
| CITY OF BROWNSVILLE and<br>RAFAEL MOLINA,<br>Defendants. | §<br>§<br>§ |

## AGREED MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW Plaintiff Rene Reyna Jr. (hereinafter referred to as "Plaintiff") and Defendants, City of Brownsville and Police Officer Rafael Molina (hereinafter collectively referred to as "Defendants") and file this their Agreed Motion for Dismissal and for cause would respectfully show unto the Court the following:

### I.

All claims advanced by Plaintiff against Defendants in the above-referenced case have been compromised and settled, as evidenced by the receipt and release fully executed by Plaintiff.

### II.

In light of the above-referenced settlement, all parties to this matter move that this Court dismiss with prejudice all claims filed in this suit, including, but not limited to, all claims under 42 U.S.C. §1983, including all claims alleging the violation of Plaintiff's rights under the Fourth, Fifth and Fourteenth Amendments to the United States Constitution, and all claims for attorney's fees under 42 U.S.C §1998. All parties further move this court to enter an Order of Dismissal with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully pray that this Court grant their Agreed Motion for Dismissal and dismiss with prejudice all of the claims brought by Plaintiff against Defendants, with all court courts to be borne by the party incurring same, and for all other relief to which these Defendants may show themselves to be justly entitled.

Signed on this 28th day of June, 2002.

Respectfully submitted,

| | |
|---|---|
| HINOJOSA & POWELL, P.C.<br>612 Nolana, Suite 410<br>McAllen, Texas 78504<br>Telephone: (956) 686-2413<br>Facsimile: (956) 686-8462<br><br>By: _____<br>George P. Powell<br>State Bar No. 1619600<br>USDC Adm. No. 3849<br>Attorney for Plaintiff, Rene Reyna | WILLETTE & GUERRA, L.L.P.<br>International Plaza, Suite 460<br>3505 Boca Chica Boulevard<br>Brownsville, Texas 78521<br>Telephone: (956) 541-1846<br>Facsimile: (956) 541-1893<br><br>By: _____<br>Charles Willette, Jr.<br>State Bar No. 21509700<br>USDC Adm. No. 1937<br>Attorney for Defendants, City of Brownsville and Police Officer Rafael Molina |

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has on this 11th day of July, 2002, been forwarded via telefax and via certified mail, return receipt requested to:

George P. Powell
Hinojosa & Powell, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504
*Attorney for Plaintiff, Rene Reyna*

_____
Charles Willette Jr.

## CERTIFICATE OF CONFERENCE

The undersigned contacted counsel for Plaintiff; he is in agreement with the filing of this motion.

_____
Charles Willette Jr.