IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RENE REYNA JR., <br> Plaintiff, | § § § § § | |
| VS. | § | CIVIL ACTION NO. B-01-64 <br> (JURY REQUESTED) |
| CITY OF BROWNSVILLE and <br> RAFAEL MOLINA, <br> Defendants. | § § § § | |

## AGREED FINAL ORDER FOR DISMISSAL

Be it remembered that on this day came on to be considered the above-entitled numbered matter wherein City of Brownsville and Rafael Molina are named Defendants. Upon consideration of the announcement of the parties informing the Court that this matter has been fully compromised and settled, the Court is of the opinion that a Dismissal is warranted and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims that have been asserted or could have been asserted in this lawsuit shall be and are dismissed with prejudice as to all Defendants. As all parties have compromised and settled all claims and this court has dismissed all claims with prejudice upon consideration of the announcement of the parties, this order represents the final judgment in this case.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that taxable costs of court incurred to date by Plaintiff and Defendants be paid by party incurring same as previously agreed to by these parties. Any and all other relief which may have been sought in this cause, whether prayed for or not, is hereby DENIED.

Signed on this 11TH day of JULY, 2002.

_____
UNITED STATES MAGISTRATE

APPROVED AND AGREED TO BY:

_____
George Powell, Attorney for Plaintiff

_____
Charles Willette Jr., Attorney for Defendants

Charles Willette; Willette & Guerra, L.L.P; International Plaza, Suite 460;3505 Boca Chica Bld; Brownsville, Texas 78521
George P. Powell; Hinojosa & Powell, P.C.;612 Nolana, Suite 410;McAllen, Texas 78504;